IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| v. | : | NO. 2008-08-01 |
| | : | |
| **ALBERT BAKER and** | : | |
| **JOSE RICARDO BERRIOS** | : | |

## ORDER

**AND NOW**, this 9th day of April, 2009, upon consideration of the defendant Albert Baker's need to consult with his attorney in the preparation of his defense, it is **ORDERED** that the United States Marshall Service shall not remove the defendant Albert Baker from the Territory until after his trial, which is scheduled to commence on June 1, 2009, or until further Order.

    s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.